**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. MJM-26-194** |
| **MARK WOODY,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**\*\*\*\*\*\*\***

**GOVERNMENT'S MOTION TO STAY RELEASE ORDER AND SETTING HEARING**
**<u>ON REVOCATION OF RELEASE ORDER</u>**

The United States of America, by and through its undersigned counsel, respectfully requests: (1) a hearing before United States District Court Matthew J. Maddox, pursuant to 18 U.S.C. § 3145(a), to revoke the pretrial release Order issued in this case on June 16, 2026 by United States Magistrate Judge J. Mark Coulson; and (2) an order staying the pretrial release order (ECF 13) that was issued in this case on June 16, 2026, pending the outcome of that hearing.

Pursuant to *Nken v. Holder*, 556 U.S. 418 (2009), a stay is appropriate in this case because, as the Government will discuss further in its Motion to Revoke the Release Order, the Government has made a strong showing that the Defendant Mark Woody is likely to obstruct justice, destroy evidence, tamper with witnesses, and be a danger to the community if he were released, which would irreparably harm the prosecution of the case. Therefore, a stay would serve the public interest.

Respectfully submitted,

Kelly O. Hayes,
United States Attorney

By: <u>        /s/        </u>
Liane Kozik
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
Phone: (410) 209-4800

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. MJM-26-194** |
| **MARK WOODY,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**\*\*\*\*\*\*\***

**ORDER STAYING RELEASE ORDER AND SETTING HEARING ON REVOCATION
<u>OF ORDER OF RELEASE</u>**

Upon consideration of the Government's Motion to Stay Release Order and Setting

Hearing on Revocation of Release Order, the Court, this day of March \_\_\_\_, 2026 hereby:

**GRANTS** the Government's request to stay the June 16, 2026 release Order issued by

United States Magistrate Judge J. Mark Coulson;

**STAYS** the June 16, 2026 release Order issued by United States Magistrate Judge J. Mark

Coulson pending the hearing on the Government's Motion to Revoke Order of Release; and

**ORDERS** that the hearing on the Government's Motion is scheduled for _____, 2026

at \_\_\_:\_\_\_ a.m./p.m.

_____                     _____

Date                                                   The Honorable Matthew J. Maddox
United States District Judge