**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. MJM-26-194** |
| **MARK WOODY,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

## <u>GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE ORDER</u>

The Government, though undersigned counsel, hereby submits this Motion For Revocation of a Magistrate Judge's Order Of Release for Defendant Mark Woody, pursuant to 18 U.S.C. § 3145(a)(1) ("Motion"). For the reasons explained more fully in the Government's Sealed Memorandum in Support of this Motion, the Government submits that the Defendant presents risk of obstruction of justice, flight, and is danger to the community, and no condition or combination of conditions can mitigate those risks short of pretrial detention. Accordingly, the Government respectfully requests that this Court revoke the Magistrate Judge's order of release as to the Defendant entered on June 16, 2026 (ECF 13), and order the Defendant held pending trial.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:  _____/s/_____

Liane Kozik
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. MJM-26-194** |
| **MARK WOODY,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

**<u>ORDER</u>**

Upon consideration of the Government's Motion, the Government's Memorandum in Support of the Motion, and any response by the Defendant, it is hereby **ORDERED** this _____ day of _____, 2026, that the Order entered on June 16, 2026 (ECF No. 13) releasing the Defendant is hereby revoked and the Defendant is directed to be held in custody pending his trial in the above-captioned case.

 

 

_____

The Honorable Matthew J. Maddox
United States District Court Judge