**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. MJM-26-194** |
| **MARK WOODY,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

The United States of America, by and through undersigned counsel, hereby files this motion to file its Memorandum In Support Of Its Motion For Revocation of Release Order and the accompanying exhibits under seal.  In support of this motion, the Government states as follows:

1.      The Memorandum In Support Of Its Motion For Revocation of Release Order contains sensitive information about a case where discovery has not yet been disclosed, and sensitive information about the Defendant's personal and criminal history.  Additionally, the exhibits, including the pretrial service report and law enforcement reports from the Defendant's prior arrests, also contain sensitive personal information. No reasonable alternative to sealing are available due to the extent the information is discussed.  Specifically, redaction of sensitive portions of the PSR would render the documents substantially unreadable and would compromise counsel's ability to convey important information relevant to this case.

2.      Additionally, the interests in sealing outweigh the interests of disclosure on the docket.  *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing)

3.      The Government will file a hard copy of the Memorandum and Exhibits with the Court and intends to serve all counsel with copies of the PSR in compliance with Fed. R. Crim. P. 49(a)(3)(B) or (a)(4).

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion To Seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/
Liane Kozik
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. MJM-26-194** |
| **MARK WOODY,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

## **ORDER**

Upon consideration of the Government's Motion, the Court hereby finds as follows:  there is good cause to grant the Government's request in light of the content of the Memorandum In Support Of Its Motion For Revocation of Release Order and the information provided in the motion.  The Memorandum and its exhibits contain sensitive information and no reasonable alternative to sealing are available.

Therefore, it is this _____ day of _____ 2026, ORDERED that the United States file its Memorandum under SEAL, pending further order of the Court.

_____                    _____

The Honorable Matthew J. Maddox                                          Date
United States District Judge