√ ___ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

2:10 pm, Jun 18 2026
AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ TTD _____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Crim. No. MJM-26-194** |
| | * | |
| **MARK WOODY,** | * | |
| | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \*

## ORDER

This case having come before this Court for a hearing on the government's Motion for Revocation of Release Order, and upon consideration of the statements presented by counsel, and for the reasons stated on the record, it is by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Government's Motion for Revocation of Release Order (ECF NO. 15) is GRANTED;

2. The Order Setting Conditions of Release dated June 16, 2026, (ECF No. 13) is REVOKED; and

3. Defendant Mark Woody is DETAINED pending trial. This case is one in which the government may properly seek detention pursuant to 18 U.S.C. § 3142(f)(1) and (2). Pursuant to 18 U.S.C. § 3142(e)(1) and (f), and for reasons stated on the record, this Court finds by clear and convincing evidence, from the information produced at the hearing, that the defendant poses a risk to the safety of other persons and the community, and that no condition or combination of conditions will reasonably assure community safety.

The defendant is remanded to the custody of the Attorney General or to the Attorney

1

General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is so ORDERED this 18th day of June, 2026.

_____/S/_____
Matthew J. Maddox
United States District Judge